UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAMS FIELD SERVICES<br>GULF COAST COMPANY, L.P. | CIVIL ACTION<br>NO. 06-10945 |
| VERSUS | |
| OFFSHORE LIFTBOATS, L.L.C.<br>FUGRO CHANCE, INC. AND<br>W&T OFFSHORE, INC. | SECTION M |

## ORDER

Before the Court is Defendant Offshore Liftboats, LLC's (OLB's) Motion for Summary Judgment, which is opposed by Plaintiff as well as the other Defendants in the case, and which came for hearing on March 19, 2008, on the briefs. After consideration of the motion, the briefs, and the applicable law, the Court denies the motion.

Plaintiff Williams Field Services - Gulf Coast Company, LP (Williams) brings this action for damages allegedly sustained to its 24-inch gas transmission pipeline located near High Island Block 110-A platform, offshore Texas, operated by W&T Offshore, Inc.(W&T). In May 2005, OLB's liftboat AUDREY was allegedly hired by W&T to upgrade their High Island Block 110-A platform. Although the parties were aware of the submerged pipeline in the area and attempted to avoid it, the port and stern legs of the liftboat were set down atop the pipeline. Williams sued OLB and its co-defendants, W&T Offshore, Inc., Fugro

Chance, Inc. and PMB Safety & Regulatory, Inc. alleging they were also negligent in causing the damages sustained.

OLB submits that summary judgment is appropriate because OLB relied upon the information from the co-defendants regarding the location of the pipeline and thus was not at fault for the alleged incident. However, evidence presented by these co-defendants (including the deposition testimony of AUDREY's Captain Michael Carter) raises issues of fact which warrant denial of OLB's Motion.

Accordingly, the Motion for Summary Judgment is **DENIED**.

New Orleans, Louisiana, this 25th day of March 2008.

　　　　　　　　　　　　　　　　　　Peter Beer
　　　　　　　　　　　　　　　　United States District Judge