UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM FIELD SERVICES - | § | CIVIL ACTION NO. 06-10945 |
| GULF COAST COMPANY, L.P. | § | |
| VERSUS | § | SECT M, MAG. 3 |
| | § | |
| OFFSHORE LIFTBOATS, L.L.C., | § | JUDGE BEER |
| FUGRO CHANCE, INC. AND | § | |
| W&T OFFSHORE, INC. | § | MAG. JUDGE KNOWLES |

**O R D E R**

Considering W&T Offshore, Inc.'s motion to withdraw its previously filed motion to strike accident investigation report (Rec. Doc. No. 124), and there being no opposition thereto;

IT IS HEREBY ORDERED that W&T's motion to strike is withdrawn from the record and the hearing on that motion, scheduled for April 2, 20008, is cancelled

New Orleans, Louisiana, this 27th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE

{N0073074}     1