**MINUTE ENTRY**
**BEER, J.**
**APRIL 16, 2008**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WILLIAMS FIELD SERVICES GULF COAST COMPANY, L.P.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 06-10945** |
| **OFFSHORE LIFTBOATS, L.L.C.** | **SECTION: M (5)** |

| | |
|---|---|
| **COURTROOM DEPUTY:** | **COURT REPORTER:** |
| **RICHARD WINDHORST, III** | **CATHY PEPPER** |

Wednesday, APRIL 16, 2008 at 9:30 am
JUDGE PETER BEER PRESIDING

**ATTORNEYS:** ROBERT REICH, LAURENCE DUBUYS, IV FOR OFFSHORE LIFTBOATS.
WILLIAM WELLONS FOR FUGRO CHANCE. INC.
GEORGE JURGENS, III, JAMES BERCAW FOR W&T OFFSH
MICHAEL MARTIN FOR PMB SAFETY
CHARLES CLAYTON, IV FOR LEXINGTON INS CO.
JOHN CHAPPUIS FOR XL SPECIALTY INS CO.

**OFFSHORE LIFTBOAT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. 115)**
**ORDERED: DENIED.**


**PMB SAFTY'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC .137)**
**ORDERED: DENIED.**


(JS-10:    1:10)